

# Fourth Court of Appeals
## San Antonio, Texas

July 20, 2022

Nos. 04-22-00199-CR, 04-22-00200-CR
04-22-00201-CR, 04-22-00202-CR

Roman Dexter **SOTO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court Nos. 7817, 7818, 7819, 7820
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

The Appellant's Second Motion to Extend Time to File Brief is hereby GRANTED. The Appellant's Brief is due August 18, 2022. No further extensions absent extenuating circumstances.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of July, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court